No. 10–1309.  PETERSON *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 10–1312.  VICKERS *v.* WEEKS MARINE, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 10–1326.  FULTON *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–1327.  KIVISTO *v.* FLORIDA BAR.  Sup. Ct. Fla.  Certiorari denied.

No. 10–1342.  AMEDSON *v.* WASHINGTON STATE BOARD OF PHARMACY ET AL.  Ct. App. Wash.  Certiorari denied.

No. 10–1345.  BRITTON *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 1st Cir.  Certiorari denied.

No. 10–1352.  WADSWORTH ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 10–1362.  HERDEAN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 10–1364.  HENRY *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–7312.  WEBSTER *v.* COOPER, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 10–7499.  TYLMAN *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 10–7715.  ESCOBAR *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 10–8221.  PITCHFORD *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–8240.  ALLEN *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.